# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOSEPH KIM,

                Plaintiff         Case No. 2:13-cv-12978-SFC-DRG

v.                                     Hon. Sean F. Cox
                                           Mag. David R. Grand

LOGOS LOGISTICS, INC. and JONGUK
KIM, a/k/a JAMES KIM

                Defendants.

And

LOGOS LOGISTICS, INC.,

                Counter-Plaintiff

v.

JOSEPH KIM

                Counter-Defendant

_____

| NEUMAN ANDERSON, P.C. | SULLIVAN & LEAVITT, P.C. |
|---|---|
| Stephen T. McKenney (P65673) | Paul E. Robinson (P39327) |
| 401 S. Old Woodward Ave., Ste. 460 | P.O. Box 5490 |
| Birmingham, MI 48009 | Northville, MI 48167 |
| Phone: 248.594.5252 | Phone: 248.349.3980 |
| E-mail: smckenney@neumananderson.com | E-mail: pr@sullivanleavitt.com |
| Attorney for Plaintiff | Attorneys for Defendant |

_____

## DEFENDANTS'/COUNTER-PLAINTIFF'S WITNESS LIST

     Defendants/Counter-Plaintiff provide the following as their Witness List, which, by agreement of counsel was allowed for filing on or before February 21, 2014:

1.     Jonguk Kim – President Logos Logistics

2.     Jong Shin – Director of Operations Logos Logistics

3. Ray Gill – Controller Logos Logistics

4. Kyle Smith – Logistics Manager Logos Logistics

5. Myoung Hun Kim

6. Sherry Kim

7. Steve Han

8. Joseph Kim

9. Tony Kim, Esq.

10. Sean Kim, CPA – Outside accountant for Logos Logistics

11. Jason J. Winters, CPA – Plante Moran, PLLC – Management Consultant for Logos Logistics

12. Renee Warnimont - Asst. V.P. Huntington Bank and/or keeper of the records Huntington Bank.

13. Hak Park - Mobis North America, LLC.

14. Donggyu Kim - Mobis North America, LLC.

15. Expert witness regarding business valuation and related matters to be named.

16. Keepers of the Records, employees or agents of Woori Bank (or its successor or assign).

17. Keepers of the Records, employees or agents of New Container Line, Inc.

18. Keepers of the Records, employees or agents of Hanmi Bank.

19. Certified translator(s) if necessary to translate documents or witness testimony from Korean to English; or from English to Korean).

20. Any and all witnesses necessary to establish foundation or authentication for exhibits introduced at trial.

21. Any and all witnesses on Plaintiffs' Witness List.

22. Any and all witnesses whose identity may be determined during the course of discovery in this case.

23. Any and all rebuttal witnesses.

24. Any and all expert witnesses identified in this case.

25. Defendants reserves the right to amend or supplement this Witness List as additional information becomes known during the course of continued discovery.

                    Respectfully Submitted
                    SULLIVAN & LEAVITT, P.C.
                    Attorneys for Defendants


                    /s/ *Paul E. Robinson*_____
                    Paul E. Robinson (P39327)
                    P.O. Box 5490
                    Northville, MI 48167
                    Phone: 248-349-3980
                    email: pr@sullivanleavitt.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the Defendants'/Counter-Plaintiff's Witness List with the Clerk of the Court using the ECF System which will send notification of such filing to the attorneys and/or parties of record.

Dated: February 20, 2014   */s/ Julia L. Rohr*
Sullivan & Leavitt, P.C.
P O Box 5490
Northville, MI  48167
(248) 349-3980