# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOSEPH KIM,

        Plaintiff

v.

LOGOS LOGISTICS, INC. and JONGUK KIM, a/k/a JAMES KIM

        Defendants.

Case No. 2:13-cv-12978-SFC-DRG

Hon. Sean F. Cox

Mag. David R. Grand

And

LOGOS LOGISTICS, INC.,

        Counter-Plaintiff

v.

JOSEPH KIM

        Counter-Defendant

_____

| NEUMAN ANDERSON, P.C. | SULLIVAN & LEAVITT, P.C. |
|---|---|
| Stephen T. McKenney (P65673) | Paul E. Robinson (P39327) |
| 401 S. Old Woodward Ave., Ste. 460 | P.O. Box 5490 |
| Birmingham, MI 48009 | Northville, MI 48167 |
| Phone: 248.594.5252 | Phone: 248.349.3980 |
| E-mail: smckenney@neumananderson.com | E-mail: pr@sullivanleavitt.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

_____

## **STIPULATED ORDER EXTENDING MOTION CUTOFF DATE**

Plaintiff/Counter-Defendant and Defendants/Counter-Plaintiff, as evidenced by the signatures of their respective counsel below, and consistent with this Court's September 24, 2013 Scheduling Order and Federal Rule of Civil Procedure 16(b), stipulate to the following, and this Court otherwise being advised in the premises:

**IT IS HEREBY ORDERED** that this Court's September 24, 2013 Scheduling Order is modified so that the Motion Cutoff Date is adjourned from June 16, 2014 to July 16, 2014.  **No motions may be field after July 16, 2014**. No other dates in this Court's September 24, 2013 Scheduling Order are affected by this Order.

So stipulated:

/s/ Stephen T. McKenney
Stephen T. McKenney (P65673)
Counsel for Plaintiff/Counter-Defendant

/s/ Paul. E. Robinson
Paul E. Robinson (P39327)
Counsel for Defendants/Counter-Plaintiff


Dated:  April 3, 2014               s/ Sean F. Cox
                                    Sean F. Cox
                                    U. S. District Judge

2