UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH KIM,

    Plaintiff,

v.

                          Case No. 13-12978

                          Hon. Sean F. Cox

LOGO LOGISTICS, INC., *et al.*,

    Defendants.

_____/

### ORDER OF DISMISSAL

The parties having placed a settlement of this action on the record on this date,

IT IS ORDERED that this action is hereby **DISMISSED WITH PREJUDICE**. — Subject to the approval of the bankruptcy court for the Southern District of California of two settlements, in case numbers:

13-08424-LT7
13-90289; and
13-90290-LT7

IT IS SO ORDERED.

/s/ Sean F. Cox
Sean F. Cox
United States District Judge

Dated: 4/14/14

FILED
APR 1 4 2014
CLERK'S OFFICE
DETROIT

Approved as to
form and substance:

/s/ Stephen T. McKenney    Stephen T. McKenney (P65673)
Attorney for Plaintiff (s)    (Please sign and print)

/s/ Paul E. Robinson    PAUL E. ROBINSON
Attorney for Defendant (s)    (Please sign and print) (P39327)